## Douglass v. The State.

APPEAL from Cherokee Circuit Court.

Tried before the Hon. J. A. BILBRO.

C. DANIEL, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted of an assault with intent to murder. Affirmed.

Opinion by HARALSON, J.

## Gibson v. The State.

APPEAL from Crenshaw Circuit Court.

Tried before the Hon. JOHN R. TYSON.

No counsel marked as appearing for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted and tried for murder, and convicted of murder in the second degree, and sentenced to the penitentiary for ten years. The appeal was dismissed, no point being reserved for review.

PER CURIAM.